619 A.2d 553

**REPUBLIC INSURANCE COMPANY**

v.

**PRINCE GEORGE'S COUNTY, Maryland et al.**

**No. 103, Sept. Term, 1992.**

Court of Appeals of Maryland.

Feb. 11, 1993.

James R. Schraf (Victor I. Weiner of Lipshultz and Hone, Chartered), Silver Spring, all on brief, for petitioner.

Angelo I. Castelli (Jeffrey S. Larson, David L. Kimberling), Greenbelt, all on brief, for respondents.

---

Argued before ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI and ROBERT M. BELL, JJ., and CHARLES E. ORTH, Jr., Associate Judge of the Court of Appeals of Maryland (retired), Specially Assigned.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 11th day of February, 1993

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.